IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.53.147.136

**ISP:** Verizon Internet Services
**Physical Location:** Fort Lee, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/11/2016 02:04:02 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 09/27/2016 01:35:21 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 09/14/2016 23:13:08 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 09/12/2016 05:05:46 | EAE5FF4F042916E376FAEC1DF9FCE609B666D5D2 | Good Night Kiss |
| 08/27/2016 09:26:47 | 1F5991B4E03EF688E6C766F44457AB18CCF96522 | Time to Ride |
| 08/27/2016 09:09:01 | 016699010C6AA5E9A1AE6F0C670B2484104C2B26 | Girl Crush |
| 08/15/2016 02:33:26 | 9685D8FD0BFEC56318E8101B56937752F8208AB6 | Love Her Madly |
| 08/09/2016 21:54:50 | C0C218AD463AD12B594343DB09E2F0466302C828 | Lisas Hidden Cam |
| 08/09/2016 21:54:35 | 8F841D13D963CAEAB09C1B9449CC3C4E08D551B0 | The Studio Part #2 |
| 08/09/2016 21:45:05 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 08/09/2016 21:38:53 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 06/12/2016 22:12:13 | 33D0A5CDC8BFB8311B2235E22E7DE5259C737BF7 | Competition |
| 06/12/2016 20:43:38 | 6DF79D11849642DE233102BF10E43787DCF478B3 | Double Tease |
| 06/12/2016 20:37:30 | 32E9D481931BFD849A8C139D8428C05B80402440 | Inside Caprice |
| 06/05/2016 21:23:53 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 05/31/2016 02:32:32 | D16BDB4A3315D5900C9247665CC5FD5B869460EC | The Artiste |
| 05/08/2016 19:01:05 | D924A62F6EF808481F881CCDC79B0A82EC474F32 | Rub Me The Right Way Too |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

CNJ607