## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/17/2017 a 10:20 AM |
| NAME OF SERVER *(PRINT)* ANABELA PINTO | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: TOSHI YAMADA was served at 408 JANE STREET, FORT LEE, NJ 07024. She is described as an Asian Female, Age 60's, Black Hair, Height 5'8", Weight 125 lbs.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/21/2017
Date

Signature of Server

PO BOX 25066
NEWARK, NJ 07102
Address of Server

DOCUMENTS TO BE SERVED:
1) SUMMONS
2) AMENDED COMPLAINT - ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT
3) EXHIBITS

WE SERVE NJ, LLC, PO BOX 25066, NEWARK, NJ 07102